# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PAMELA FYFFE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07-824 T |
| v. | ) | The Honorable Lawrence M. |
| | ) | Baskir |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## UNOPPOSED MOTION FOR ENLARGEMENT

------------------------

Pursuant to RCFC 6.1, defendant respectfully moves for a thirty-day enlargement of time, from January 25, 2008 to February 25, 2008, within which to file an answer or other responsive pleading to plaintiff's complaint. This is the first such enlargement requested. In support of this motion, defendant submits the following:

(1) Plaintiff filed her complaint on November 26, 2007. Accordingly, defendant's answer or other responsive pleading is due to be filed by January 25, 2008. RCFC 12(a).

(2) Plaintiff's complaint seeks recovery of tax, penalties, and related interest allegedly paid for tax year 1999. Immediately after this case

was filed, the Internal Revenue Service (“IRS”) began searching for records and documents relevant to this action to be forwarded as the “administrative files” to the Division Counsel, IRS.

(3) Division Counsel has received the administrative file and has prepared a draft of the IRS’ defense recommendation. The National Office of the IRS must approve Division Counsel’s defense letter before Division Counsel may forward the defense recommendation and administrative files to the Department of Justice. Division Counsel indicates that it will receive approval and forward the recommendation to us within the next fourteen days.

(3) A thirty-day enlargement of time therefore is necessary to allow sufficient time for the Department of Justice to receive the administrative files and defense recommendation and for the attorney of record to prepare an answer or other responsive pleading.

(4) Counsel for plaintiff indicated in a telephone conversation with counsel of record that he consents to the granting of this motion.

Respectfully submitted,

s/ Karen M. Groen

KAREN M. GROEN
Attorney of Record
U.S. Department of Justice
Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-0508

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims
Section
Of Counsel

s/ David Gustafson

DAVID GUSTAFSON

January 23, 2008