# In the United States Court of Federal Claims

Case No. 07-824T
(Filed: January 24, 2008)

| | |
|---|---|
| PAMELA FYFFE, | * |
| *Plaintiff,* | * |
| | * |
| v. | * |
| | * |
| THE UNITED STATES OF AMERICA, | * |
| *Defendant.* | * |
| | * |

## ORDER

Defendant's unopposed **Motion for a 30-day Enlargement of Time until February 25, 2008, to file an Answer or other responsive pleading** to Plaintiff's Complaint is hereby **GRANTED**.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
JUDGE FRANCIS M. ALLEGRA
for Judge Lawrence M. Baskir