# In the United States Court of Federal Claims

Case No. 07-824T
(Filed: April 18, 2008)

****************************************************
PAMELA FYFFE, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

**ORDER**

The Court intends to schedule a telephonic Preliminary Status Conference (on the record) during May 2008 (excluding May 15 and 16).

Accordingly, it is ORDERED that the parties agree upon at least three dates in May. The parties **shall notify the Court**'s Judicial Assistant, Denise Lawson, at telephone (202) 357-6500, **of the proposed status conference dates no later than May 2, 2008**. Morning sessions begin at 10:00 a.m., and afternoon sessions begin at 2:00 p.m.

IT IS SO ORDERED.

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge