# In the United States Court of Federal Claims

Case No. 07-824T
(Filed: April 24, 2008)

****************************************************
PAMELA FYFFE, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
*
****************************************************

**ORDER**

This Order confirms the **telephonic Preliminary Status Conference** (on the record) is scheduled for **2:00 p.m.**, on Thursday, **May 22, 2008.** The Defendant shall initiate the conference call with the Plaintiff, before calling the Judge at (202) 357-6504.

IT IS SO ORDERED.

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge