# In the United States Court of Federal Claims

Case No. 07-824T
(Filed: May 22, 2008)

****************************************************
PAMELA FYFFE, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
****************************************************

## ORDER

The Court held a telephonic preliminary status conference in this matter on May 22, 2008. The parties briefly addressed the issues in the case, including potential jurisdictional challenges by the Government. However, discovery was deemed necessary in order for the parties to advise the Court whether dispositive motions are appropriate.

Accordingly, the **Court adopts the discovery schedule** proposed by the parties. That schedule calls for **discovery to commence immediately and run through October 31, 2008.** The parties shall file a **joint status report no later than December 1, 2008**, recommending a schedule for further proceedings in this case.

As a final matter, the Court noted that a full social security number appeared in Exhibit B of the Complaint that was filed electronically. Parties are reminded to comply with the U.S. Court of Federal Claims Rules, Appendix E, paragraph 26, in regard to personal information. To protect the Plaintiff, the Clerk of the Court has "sealed" the Complaint. **The Plaintiff is ordered to file an Amended Complaint to exclude her full social security number, which is included in Exhibits A and B of her Complaint**.

IT IS SO ORDERED.

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge