# In the United States Court of Federal Claims

Case No. 07-824T
(Filed: September 10, 2008)

****************************************************
PAMELA FYFFE, *
*Plaintiff,* *
*
v. *
*
THE UNITED STATES OF AMERICA, *
*Defendant.* *
****************************************************

## ORDER

In this Court's Order of May 22, 2008, it was noted that a full social security number appeared in Exhibit B of the Complaint that was filed electronically. Parties were reminded to comply with the U.S. Court of Federal Claims Rules, Appendix E, paragraph 26, in regard to personal information. To protect the Plaintiff, the Clerk of the Court "sealed" the Complaint.

**The Plaintiff is again ordered to file an Amended Complaint to exclude her full social security number, which is included in Exhibits A and B of her Complaint, no later than September 30, 2008**.

IT IS SO ORDERED.

s/ Lawrence M. Baskir
LAWRENCE M. BASKIR
Judge